CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| F.G. PINKSTON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 2:20-cv-01747-EJY<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(*SECOND REQUEST*) |

Defendant, Andrew Saul, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a thirty-day extension of time to respond to Plaintiff's Complaint. The Commissioner's response is currently due on March 18, 2021. This is the Commissioner's second request for an extension of time (*see* Dkt. Nos. 19, 20).

Good cause exists for this extension request because the Office of Appellate Operations (OAO) has not yet completed the documents required to respond to the Complaint. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On March 17, 2021, the undersigned conferred with Plaintiff via email concerning the requested extension. Plaintiff does not oppose the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file his response to Plaintiff's Complaint, through and including April 19, 2021.

Dated:  March 18, 2021

                                CHRISTOPHER CHIOU
                                Acting United States Attorney

                                /s/ *Allison J. Cheung*
                                ALLISON J. CHEUNG
                                Special Assistant United States Attorney

IT IS SO ORDERED:

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED this 18th day of March, 2021.