UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

F.G. PINKSTON,

    Plaintiff,

v.

ANDREW SAUL,

    Defendant.

Case No. 2:20-cv-01747-EJY

**ORDER**

Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff. ECF No. 33. The parties have stipulated to remand this case for further administrative action and request that the Court enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. *Id.* at 1–2.

Accordingly,

IT IS HEREBY ORDERED that the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff (ECF No. 33) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Reversal and/or Remand (ECF No. 30) is DENIED as moot.

IT IS FURTHER ORDERED that this action is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that the Clerk of Court shall close this case and enter judgment accordingly.

Dated this 29th day of June, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1